UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )        Case No. 12bk49658
    Elk Grove Village               )        Jointly Administered
    Petroleum, LLC, et al.,         )
                                    )        Chapter 11
                                    )        Honorable Timothy A. Barnes
          Debtor(s).                )
_____)

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO CRANE, HEYMAN, SIMON, WELCH & CLAR, ATTORNEYS FOR
THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$140,283.00** | TOTAL COSTS REQUESTED: | **$5,975.11** |
| TOTAL FEES REDUCED: | $ 4550.20 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | **$135,732.80** | TOTAL COSTS ALLOWED: | **$5,975.11** |

**TOTAL FEES AND COSTS ALLOWED: $141,707.91**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

The Trustee is authorized to pay the fees and expenses to CHSWC with the fees to be split evenly between each of the five Gas Stations, with Joliet Petroleum, LLC owning two (2) of the Gas Stations, as set forth below:
    40% or $56,683.17 by Joliet Petroleum, LLC;
    20% or $28,341.58 by Orland Park Petroleum, LLC;
    20% or $28,341.58 by Oswego Petroleum, LLC;  and
    20% or $28,341.58 by Elk Grove Village Petroleum, LLC.

**(1)     Improper Allocation of Professional Resources – TOTAL of disallowed amounts: $661.50**

The Court denies the allowance in part of compensation for the indicated task(s) as a professional with a lower level of skill and experience or a paraprofessional could have performed the task(s). *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner.  A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted].  Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr.

N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2)      Duplication of Services – TOTAL of disallowed amounts: $737.50**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

**(3)      Lumping – TOTAL of disallowed amounts (10% of affected entries): $29.70**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(4)      Trustee Work Can Not Be Compensated As Professional Services – TOTAL of disallowed amounts: $2,772.00**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

**(5)      Computational or Typographical Error – TOTAL of disallowed amounts: $349.50**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: March 17, 2014

Timothy A. Barnes
United States Bankruptcy Judge

# EXHIBIT A

February 4, 2014

Elk Grove, Joliet, Oswego, & Orland Park

Matter #        T-42662

**INDIVIDUAL EXHIBIT FOR FEE PETITION - SINGLE CATEGORY**

| Attorney | | | Hours | Rate | Total |
|---|---|---|---|---|---|
| Arthur G. Simon | - | AGS | 19.20 | $490.00 | $9,408.00 |
| Eugene Crane | - | EC | 43.00 | $495.00 | $21,285.00 |
| Jeffrey C. Dan | - | JCD | 165.90 | $415.00 | $68,848.50 |
| Brian P. Welch | - | BPW | 138.60 | $295.00 | $40,503.50 |
| Deana Kobrynski | - | DK | 1.70 | $140.00 | $238.00 |
| **Total** | | | **368.40** | | **$140,283.00** |

# *CRANE, HEYMAN, SIMON, WELCH & CLAR*

135 S. LaSalle - Suite 3705
Chicago, IL 60603

Ph:312-641-6777          Fax:312-641-7114

Elk Grove, Joliet, Oswego, & Orland Park                    February 4, 2014

|  |  |
|---|---|
| File #: | T-42662 |
| **Attention:** | Inv #: |

RE:     CH 11 EC-Trustee Petroleum LLC cases jointly adm

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-11-13 | Drafting of Motion to Employ Counsel for Trustee | 1.50 | 622.50 | JCD |
| | Telephone conference with Shelly DeRousse re: meeting re: managing stations | 0.20 | 83.00 | JCD |
| | Telephone conference with Shelly DeRousse and Gene Crane re: management for stations | 0.30 | 124.50 | JCD |
| | Conference with E. Crane re: managers and bond for bankruptcy | 0.30 | 124.50 | JCD |
| | Telephone conference with Kimberly Bacher and EC re: appointment and bond | 0.10 | 41.50 | JCD |
| | Telephone conference with EC, Shelly DeRousse and Mark Tudor re: managing stations | 0.40 | 166.00 | JCD |
| Apr-12-13 | Prepared , reviewed and revised affidavit of disinterestedness | 0.40 | 196.00 | AGS |
| | Participated in conference with E. Crane, J. Dan, B. Welch, S. DeRousse and Kevin Hunt, re: transition issues resulting from E. Cranes appointment as trustee | 1.30 | 637.00 | AGS |
| | Hearing re: Appointment of Trustee - Judge Barnes | 0.90 | 445.50 | EC |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: | Page   2 | | | February 4, 2014 |
|---|---|---|---|---|
| | Email to Shelly DeRousse re: meeting re: facts of case | 0.10 | 41.50 | JCD |
| | Conference with E. Crane, S. DeRousse & B. Welch re: operating stations and background of case as counsel for the Trustee | 3.50 | 1,452.50 | JCD |
| | Numerous telephone conferences with Marc Tuddor re: acting as manager of gas stations re: legal position at stations | 0.30 | 124.50 | JCD |
| | Numerous telephone conferences with S. DeRousse re: manager for gas stations | 0.30 | 124.50 | JCD |
| | Telephone conference with N. Desai re: missing bank accounts | 0.20 | 83.00 | JCD |
| | Edit/Revision of management agreement w/ Tudor corporation | 0.10 | 41.50 | JCD |
| | Email to Marc Tudor re: management agreement | 0.10 | 41.50 | JCD |
| | Email to Tim Culbertson re: employment of Tudor Corporation | 0.10 | 41.50 | JCD |
| | Telephone conference with Tim Culbertson re: employment of Tudor Corporation | 0.30 | 124.50 | JCD |
| | Conference with attorneys from Stahl Cowen, Jeff Dan and Eugene Crane re: appointment of trustee to jointly administered gas station chapter 11 cases, retention of gas station manager, and eventual sale of five operating gas stations. | 2.80 | 826.00 | BPW |
| Apr-15-13 | Research re: restrictive covenant issues for operation of gas stations | 1.30 | 637.00 | AGS |
| | Telephone conference with S. DeRousse re: title and sale issues for properties | 0.20 | 83.00 | JCD |

*Handwritten annotation (left margin):* (5) Time Error - reduced to BPW time below.

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                          Page    3                          February 4, 2014

| | | | | |
|---|---|---|---|---|
| | Conference with B. Welch re: title ownership issues of Debtors | 0.10 | 41.50 | JCD |
| | Conference with E. Crane re: station management issues | 0.30 | 124.50 | JCD |
| | Email to Marc Tudor re: management of station and employment | 0.10 | 41.50 | JCD |
| | Review of Debtors' Schedules, Statements of Financial Affairs, and claims registers in 4 chapter 11 cases for information regarding to any interest which proposed gas station manager Mark Tudor may hold in bankruptcy cases. | 0.80 | 236.00 | BPW |
| | Review of and organization of documents for Chapter 11 Trustees. | 1.30 | 383.50 | BPW |
| Apr-16-13 | Telephone conference with S. DeRousse re: restrictive convenant issues | 0.20 | 98.00 | AGS |
| | Began review of re: restrictive convenants | 0.80 | 392.00 | AGS |
| | Email to Marc Tudor re: meeting re: employment | 0.10 | 41.50 | JCD |
| | Conference with E. Crane, B. Welch and Marc Tudor re: employment as manager | 0.60 | 249.00 | JCD |
| Apr-17-13 | Performed google search to track down trustee of trust Paul Groskoph trust, owner of Orland Park gas station | 0.70 | 343.00 | AGS |
| | Prepared, reviewed and revised letter to S. Johnson, apparent trustee of Paul Groskoph trust (Orland Park) | 0.40 | 196.00 | AGS |
| | Drafting of Trustee's Motion to Employ Marc Tudor and Tudor Corporation as gas station manager. | 0.50 | 147.50 | BPW |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: | | Page   4 | | | February 4, 2014 |
|---|---|---|---|---|---|
| | | Drafting of Affidavit of Marc Tudor in Support of Trustee's Emergency Motion to Employ Gas Station Manager. | 1.10 | 324.50 | BPW |
| Apr-18-13 | | Email to Shelly DeRousse re: meeting with Atlas | 0.10 | 41.50 | JCD |
| | | Conference with E. Crane re: cash collateral and payroll | 0.10 | 41.50 | JCD |
| | | Drafting of Motion to Use Cash Collateral | 2.60 | 1,079.00 | JCD |
| | | Strategy conference with B Welch and E. Crane re: obtaining authority to use cash collateral and time frame for all matters moving forward | 0.30 | 124.50 | JCD |
| | | Strategy conference with J Dan and E. Crane re: Obtaining Authority to Use Cash Collateral and time frame for all matters moving forward. | 0.30 | 88.50 | BPW |
| | | Email to proposed gas station manager submitting finalized affidavit in support of Motion to Employ and outlining procedures for filing motion. | 0.10 | 29.50 | BPW |
| | | Edit/Revision of Affidavit of Marc Tudor in support of Trustee's Motion to Employ gas station manager. | 0.20 | 59.00 | BPW |
| Apr-19-13 | | Review and revision of draft motion to use cash collateral | 0.30 | 147.00 | AGS |
| | | Met with Marc Tudor, agent, got his affidavit to file employ motion, discussed operation case collections and details of operation, explained legal limitations of his job | 0.90 | 445.50 | EC |
| | | Numerous conversations with managers of gas stations re: payroll | 0.60 | 249.00 | JCD |
| | | Edit/Revision of cash collateral motion | 1.50 | 622.50 | JCD |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                            Page   5                            February 4, 2014

| | | | |
|---|---|---|---|
| Conference with Marc Tudor re: management of stations and motion to employ | 0.30 | 124.50 | JCD |
| Drafting of motion for turnover | 1.30 | 539.50 | JCD |
| Email to Mark Tudor re: employment affidavit | 0.10 | 41.50 | JCD |
| Telephone conference with Rakesh Patel re: payroll | 0.20 | 83.00 | JCD |
| Telephone conference with Vish Patel re: payroll and operations of stations/ordering gas (Orland Park) | 0.20 | 83.00 | JCD |
| Telephone conference with Olga Ramirez re: payroll (Oswego) | 0.30 | 124.50 | JCD |
| Telephone conference with Adam Kulik re: payroll (Joliet) | 0.20 | 83.00 | JCD |
| Telephone conference with Marc Tudor re: inventory audit | 0.10 | 41.50 | JCD |
| Email to Tim Culbertson re: payroll information | 0.20 | 83.00 | JCD |
| Strategy conference with E. Crane and A. Simon re: draft motion for authority to use cash collateral | 0.20 | 83.00 | JCD |
| Telephone correspondence with Judge Barnes' clerk and the Clerk of the Bankruptcy Court re: procedures for filing/noticing Emergency Motion to Employ Gas Station Manager. | 0.30 | 88.50 | BPW |
| Draft proposed Order Granting Emergency Motion to Employ Gas Station Manager. | 0.30 | 88.50 | BPW |
| Draft Application for Emergency hearing on Trustee's Motion to Employ Gas Station Manager. | 1.40 | 413.00 | BPW |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                            Page   6                            February 4, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | Draft Rule 9011 Certification accompanying Emergency Hearing attesting to emergency nature of motion. | 0.40 | 118.00 | BPW |
|  | Revise Motion to Employ Gas Station Manager and Affidavit of Marc Tudor in Support thereof to make full disclosures regarding "disinterestedness" as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. | 0.40 | 118.00 | BPW |
| Apr-22-13 | Received Motion of Debtor objecting to retention of Marc Tudor as an insider - check his relation to Debtor and research cases | 1.80 | 891.00 | EC |
|  | Call to S. DeRousse attorney for bank re: objection to manager (Tudor) and meeting with Atlas Oil Co. | 0.20 | 99.00 | EC |
|  | Email to Marc Tudor re: meeting with fuel supplier | 0.10 | 41.50 | JCD |
|  | Telephone conference with Marc Tudor re: meeting with supplier | 0.20 | 83.00 | JCD |
|  | Conference with Marc Tudor and E. Crane re: employment of Tudor Corporation and payroll | 0.30 | 124.50 | JCD |
|  | Email to Shelly DeRousse re: cash collateral order | 0.10 | 41.50 | JCD |
|  | Telephone conference with Shelly DeRousse re: cash collateral motion/hearing | 0.20 | 83.00 | JCD |
|  | Review of Debtor's Objection to Motion to Employ Marc Tudor as Gas Station Manager. | 0.80 | 236.00 | BPW |
|  | Telephone conference with J. Kirk, attorney for trustee of land trust holding title to land where Orland Park gas station is leased, regarding receipt of a copy of the lease, amounts owed as rent for April, 2013, and factual background leading to the | 0.20 | 59.00 | BPW |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                              Page    7                         February 4, 2014

|  |  |  |  |
|---|---|---|---|
| | appointment of a trustee in Debtor's Chapter 11 bankruptcy case. | | |
| | Research caselaw assessing whether the son of an alleged former insider of the Debtor may qualify as a "disinterested" party such that employment as business manager is improper. | 2.10 | 619.50 | BPW |
| | Review of cases cited by Debtors in objection to Emergency Application to Employ Gas Station Manager and analyze whether cases will preclude the employment of Marc Tudor as gas station manager. | 1.40 | 413.00 | BPW |
| Apr-23-13 | Hearing re: trustee, Motion to Employ manager, Use of Cash Collateral - Judge Barnes | 1.00 | 495.00 | EC |
| | Preparation for hearing re: employment of manager, research "Prado" and Other case | 0.40 | 198.00 | EC |
| | Teleconference with lessor from Orland Park Station discussed and requested lease terms, copies | 0.40 | 198.00 | EC |
| | Preparation for Court re: Emergency motions for cash collateral and to hire Tudor Corporation | 1.00 | 415.00 | JCD |
| | Court appearance re: Emergency motions for cash collateral and to hire Tudor Corporation | 1.00 | 415.00 | JCD |
| | Edit/Revision of Orders employing Tudor Corporation and allowing use of cash collateral | 0.30 | 124.50 | JCD |
| | Email to Counsel re: Orders re: cash collateral and Tudor Corporation employment | 0.10 | 41.50 | JCD |
| | Edit/Revision of motion for turnover | 0.80 | 332.00 | JCD |
| | Conference with E. Crane and Marc Tudor re: payroll and management of stations | 0.30 | 124.50 | JCD |

*[Handwritten note in left margin:] (4) Trustee work; JCD also appeared*

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: | Page   8 | | | February 4, 2014 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Email to Shelly DeRousse re: motion for turnover | 0.10 | 41.50 | JCD | |
| Telephone conference with Shelly DeRousse re: insurance | 0.10 | 41.50 | JCD | |
| Review and shepardize Debtors' citation to In re Prado Verde Ranch, Inc., 250 B. R. 127, for the proposition that the son of a minority, non-controlling owner of an LLC is not disinterested as required for employment under the Bankruptcy Code, and draft Memorandum to Eugene Crane and J. Dan re: the same in preparation for hearing on employment of Marc Tudor. | 1.60 | 472.00 | BPW | |
| Post-Hearing conference with counsel for lender regarding issues involving turnover of documents from various gas station locations and destruction/removal of computers from various gas station locations. | 0.10 | 29.50 | BPW | |
| Draft Application to set emergency hearing on Motion for turnover of Records and Documents. | 0.70 | 206.50 | BPW | |
| Draft rule 9011 certification of Eugene Crane in support of Emergency Basis for Motion for Turnover of Records and Documents. | 0.20 | 59.00 | BPW | |
| Court appearance on Trustee's Emergency Motion to Employ Gas Station Manager and Emergency  Motion to Authorize the Use of Cash Collateral. | 0.70 | 0.00 | BPW | |
| Hearing re: Motion of Trustee for Turnover of Records and related relief | 0.90 | 445.50 | EC | Apr-24-13 |
| Preparation for Court re: motion for turnover | 0.40 | 166.00 | JCD | |
| Court appearance re: motion for turnover | 0.70 | 290.50 | JCD | |

4) Trustee
Work

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: | | Page 9 | | | February 4, 2014 |
|---|---|---|---|---|---|
| | Email to Judge Barnes re: orders re: cash collateral and employing Tudar Corporation | | 0.10 | 41.50 | JCD |
| | Email to Counsel re: motion for turnover | | 0.10 | 41.50 | JCD |
| | Email to Kimberly Bacher re: insurance | | 0.10 | 41.50 | JCD |
| | Conference with E. Crane re: document turnover from Debtor and payroll issues | | 0.30 | 124.50 | JCD |
| | Court appearance on Trustee's Emergency Motion or Turnover of Documents and Property. | | 0.60 | 0.00 | BPW |
| Apr-25-13 | Dictate Motion For 2004 Exam Subpoena for records. Complaint, Turnover Records from Jill Gassensmith | | 0.70 | 346.50 | EC |
| | Telephone conference with Judge Barnes' clerk re: cash collateral order | | 0.10 | 41.50 | JCD |
| | Telephone conference with Shelly DeRousse re: cash collateral order and outstanding checks | | 0.10 | 41.50 | JCD |
| | Conference with E.Crane re: outstanding checks and cash collateral issues | | 0.30 | 124.50 | JCD |
| | Review and revise NOM and Motion to Employ CHSW&C | | 0.70 | 98.00 | DK |
| | Review and revise Notice, Motion and Order to employ accountants | | 1.00 | 140.00 | DK |
| Apr-29-13 | Drafted Motion for Turnover of Records from Jill Gassensmith | | 1.00 | 495.00 | EC |
| | Conference with J. Dan re: accountant Jill Gassensmith and Motion to Turnover Records | | 0.30 | 148.50 | EC |
| | Telephone conference with E. Crane re: production of documents | | 0.10 | 41.50 | JCD |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice # | | Page   10 | | February 4, 2014 | |
|---|---|---|---|---|---|
| | Conference with E. Crane re: accountant Jill Gassensmith and Motion to Turnover Records | 0.20 | 83.00 | JCD | |
| Apr-30-13 | Conference with Larry Goldsmith, CPA, to review report, tax returns, bank statements and determine future action to be taken | 1.80 | 891.00 | EC | |
| | Email to Tim Culbertson re: employment contracts | 0.10 | 41.50 | JCD | |
| | Review of Schedules re: employment contracts | 0.30 | 124.50 | JCD | |
| | Conference with E. Crane and Larry Goldsmith re: accounting issues, payroll and record keeping | 1.00 | 415.00 | JCD | |
| May-01-13 | Hearing re: Motions to Employ Larry Goldsmith, CPA and CHSWC | 0.70 | 346.50 | EC | |
| | Preparation for Court re: Motion Employ Counsel and Accountant | 0.20 | 83.00 | JCD | |
| | Court appearance re: Motion to Employ Counsel and Accountant | 0.60 | 249.00 | JCD | |
| May-02-13 | Meeting with Marc Tudor preparing payroll, transfer funds, start reviewing 8 boxes of records for determination of bankruptcy causes of action | 2.80 | 1,386.00 | EC | |
| | Edit/Revision of Order employing accountant | 0.10 | 41.50 | JCD | |
| | Email to Counsel re: Order employing accountant | 0.10 | 41.50 | JCD | |
| May-06-13 | Strategy conference with B. Welch re: lease issue | 0.30 | 147.00 | AGS | |
| | Review fee petition submitted by counsel for the debtor and analyze grounds for objection to fees for greater return to the bankruptcy estates for the debtor gas stations | 1.10 | 324.50 | BPW | |

*(handwritten note)* 4) Trustee work

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                        Page    11                        February 4, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | Conference with J. Dan re: fee petition submitted by Debtors' counsel and grounds for objecting thereto | 0.20 | 59.00 | BPW |
| May-07-13 | Teleconference with Jason Adams in New York, attorney for BP | 0.20 | 99.00 | EC |
|  | Telephone and email correspondence with Joe Cashman of BP re: obtaining a copy of the ground lease for the BP gas station operated by Orland Park Petroleum LLC | 0.20 | 59.00 | BPW |
|  | Correspondence with Terri Johnson re: outstanding amounts owed by Orland Park Petroleum for $2,200 for water runoff into retention pond behind gas station and documentation of such right to payment | 0.20 | 59.00 | BPW |
|  | Review easement agreement by Orland Park Petroleum LLC and Main Place Orland Park Assoc. re: Orland Park Petroleum LLC's right to use retention pond behind gas station for water runoff | 0.70 | 206.50 | BPW |
|  | Search for leases among BP and/or Orland Park Petroleum LLC and the owner of property at 143rd Street and LaGrange Road to ascertain what interest is held by the Debtor in the property and who receives rent payments from the Debtor | 0.70 | 206.50 | BPW |
| May-08-13 | Email to Marc Tudor re: meeting with Atlas | 0.10 | 41.50 | JCD |
|  | Court appearance on Trustee's Motion for Turnover of Estate Documents from Jill Gassensmith, former accountant for the Debtor. | 1.20 | 354.00 | BPW |
|  | Review trustee's motion for turnover of estate documents from Jill Gassensmith in preparation for hearing on the same | 0.20 | 59.00 | BPW |

**CRANE, HEYMAN, SIMON, WELCH & CLAR**

Invoice #:       '               Page    12                February 4, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | Draft letter to accountant, Jill Gassensmith, and purported attorney for accountant re: turnover order entered by the Bankruptcy Court on May 8, 2013 and requirement to turnover records immediately | 0.50 | 147.50 | BPW |
| May-09-13 | Dictated report to Shelly DeRousse and bank re: operation and projecting for income, etc. | 0.40 | 198.00 | EC |
|  | Review United Central Bank's Objection to fee petition filed by Tim Culbertson as counsel for various gas station debtors | 0.20 | 59.00 | BPW |
| May-10-13 | Received retail out package from Oil supplier "Core-Mark" with operational security agreement, Amex authorization, etc. analysis of executed agreement, analysis for legal propriety | 1.10 | 544.50 | EC |
| May-13-13 | Strategy conference with E. Crane and B. Welch re: assumption of assignment of lease re: Orland Park | 0.50 | 245.00 | AGS |
|  | Reviewed assignment of lease and related documents re: Orland Park | 0.50 | 245.00 | AGS |
|  | Research re: assumption of assignment of lease issues re: Orland Park | 2.70 | 1,323.00 | AGS |
|  | Lease arrangement of Orland Park property, research assumption and liability | 0.70 | 346.50 | EC |
|  | Conference with Joe Kincaid, attorney for ComEd, and with BP re: easement to allow parking and car wash, $31,674.39 in yearly cost due, request documentation and lease | 0.40 | 198.00 | EC |
|  | Draft Joinder in Objection to Fee Petition submitted by counsel for the Debtors. | 0.60 | 177.00 | BPW |
|  | Correspondence with BP General Counsel Joe Cashman re: lease structure at Orland Park Property and whether Cashman is aware of | 0.30 | 88.50 | BPW |

1) Improper Allocation of Prof. Svcs.

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                              Page   13                        February 4, 2014

| | | | | |
|---|---|---|---|---|
| | any arrearage in rent payments at Orland Park Property. | | | |
| | Research issues involving assumption of Assignment of Lease Agreement at Orland Park Gas Station, including timing of assumption, where Debtor is not a party to lease but is a party to Assignment of Lease. | 2.40 | 708.00 | BPW |
| | Strategy conference with E. Crane and A. Simon re: assumption of assignment of lease re: Orland Park | 0.50 | 147.50 | BPW |
| May-14-13 | Research re: assumption of assignment of lease issues re: Orland Park | 1.60 | 784.00 | AGS |
| | Strategy conference with B. Welch re: assumption of assignment agreement re: Orland Park | 0.40 | 196.00 | AGS |
| | Review and revision of draft motion to assume assignment agreement re: Orland Park | 3.00 | 1,470.00 | AGS |
| | Draft Motion to Assume Assignment of Lease at Orland Park property. | 3.30 | 973.50 | BPW |
| May-15-13 | Review and revision of draft motion to assume assignment agreement re: Orland Park | 0.20 | 98.00 | AGS |
| | Hearing re: Culbertson Fee Motion, status of all other matters | 1.00 | 495.00 | EC |
| | Telephone correspondence with S. DeReousse re: Culbertson fee application and issues on retainer paid to Culbertson. | 0.20 | 59.00 | BPW |
| | Review binding case law regarding the difference between advance payment retainers and traditional retainers in a bankruptcy context. | 0.30 | 88.50 | BPW |
| | Review application to employ T. Culbertson and engagement letter attached thereto to | 0.20 | 59.00 | BPW |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                              Page   14                         February 4, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | ascertain whether retainer paid attorney by debtors was an advance payment retainer or a traditional retainer. |  |  |  |
| May-16-13 | Review and revision of draft Order to assume assignment agreement re: Orland Park | 0.10 | 49.00 | AGS |
|  | Strategy conference with B. Welch re: assumption of assignment agreement issues re: Orland Park | 0.20 | 98.00 | AGS |
|  | Call Shelly DeRousse re: budget and cash collateral order | 0.60 | 297.00 | EC |
|  | Letter to Jill Gassensmith, Debtor's CPA, with copy of 5/18 Court Order and letter for records of the company | 0.40 | 198.00 | EC |
|  | Email to Larry Goldsmith re: payroll | 0.10 | 41.50 | JCD |
|  | Email to Marc Tudor re: cash collateral budget | 0.10 | 41.50 | JCD |
|  | Conference with E. Crane re: cash collateral and payroll issues | 0.40 | 166.00 | JCD |
|  | Correspondence with J. Adams regarding issues involving Assumption of Assignment of Lease at Orland Park property. | 0.30 | 88.50 | BPW |
|  | Review option agreement provided by J. Adams and analyze how the rights of the Trustee and Orland Park Petroleum LLC are altered by the Option Agreement. | 0.50 | 147.50 | BPW |
| May-17-13 | Drafting of Motion to Use cash collateral | 0.70 | 290.50 | JCD |
|  | Telephone conference with L. Goldsmith re: cash collateral budget | 0.30 | 124.50 | JCD |
|  | Email to Marc Tudor re: cash collateral budget | 0.10 | 41.50 | JCD |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                          Page   15                          February 4, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review of cash collateral budget | 0.40 | 166.00 | JCD |
| May-20-13 | Telephone conference with Jason Adams and Brian Welch re: assumption issues | 0.40 | 196.00 | AGS |
|  | Conference with E. Crane and Marc Tudor re: cash collateral budget, US Trustee reports and sales tax reports and maintenance issues | 2.20 | 913.00 | JCD |
|  | Telephone conference with Shelly DeRousse re: cash collateral | 0.20 | 83.00 | JCD |
|  | Email to Shelly DeRousse re: cash collateral | 0.20 | 83.00 | JCD |
|  | Telephone conference with Jan at Axis Insurance re: insurance issues | 0.20 | 83.00 | JCD |
|  | Review proposed agreed order submitted by counsel for BP and analyze how revised order alters rights of Trustee and the Bankruptcy Estate of Orland Park Petroleum, LLC | 0.10 | 29.50 | BPW |
|  | Review Option Agreement among BP and Orland Park Petroleum and analyze trustee's rights as modified by Option Agreement | 0.60 | 177.00 | BPW |
|  | Review lease for use of real estate where Orland Park gas station is located | 0.30 | 88.50 | BPW |
|  | Telephone conference with counsel for BP re: proposed assumption of assignment of lease | 0.30 | 88.50 | BPW |
|  | Research the effect of a reversion clause in an assignment agreement on whether an assignment and corresponding lease are to be considered full integrated documents | 0.60 | 177.00 | BPW |
|  | Review Judge Wedoff's Order in RWJ Management holding that BP Assignment and Lease are fully integrated documents, and pull/review all briefing on the issue. | 1.00 | 295.00 | BPW |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #: :                                Page    16                                February 4, 2014

| Date | Description | | | |
|------|-------------|---|---|---|
| May-21-13 | Conference call with S. DeRousse attorney for United Bank and Bank officer re: approval of new budget | 0.60 | 297.00 | EC |
| | Received sales tax returns requested from State of Illinois re: revenues Nov. 2011 thru Mar. 2013 analyze and prepare return | 1.60 | 792.00 | EC |
| | Email to Larry Goldsmith re: budget for pump repairs | 0.10 | 41.50 | JCD |
| | Telephone conference with E. Crane and S. DeRousse re: cash collateral | 0.60 | 249.00 | JCD |
| | Edit/Revision of Cash collateral Motion | 0.50 | 207.50 | JCD |
| | Email to S. DeRousse re: insurance | 0.10 | 41.50 | JCD |
| May-22-13 | Telephone conference with insurance company and insurance agent re: nature and extent of coverage as well as payment information for gas stations | 0.30 | 88.50 | BPW |
| | Telephone conference with J. Gassensmith's office re: status of document production | 0.10 | 29.50 | BPW |
| May-28-13 | Prepared letters for E. Crane's signature re: payment to S. Johnson, Trustee for the June 2013 rent for Orland Park as well as lt to L. Goldsmith re: payment of his fees | 0.30 | 147.00 | AGS |
| | Preparation for Court re: cash collateral | 0.30 | 124.50 | JCD |
| | Court appearance re: cash collateral | 0.70 | 290.50 | JCD |
| | Conference with A. Simon re: Orland Park Petroleum LLC easement agreement, status of payments under agreement, and whether there are currently any amounts owing thereunder | 0.40 | 118.00 | BPW |
| | Correspondence with J. Gassensmith's office re: final production of accounting records | 0.20 | 59.00 | BPW |

**CRANE, HEYMAN, SIMON, WELCH & CLAR**

Invoice #:                          Page   17                          February 4, 2014

| | | | | |
|---|---|---|---|---|
| | and further demand that documents be produced immediately to Trustee | | | |
| May-29-13 | Strategy conference with B. Welch re: updating credit card service issue | 0.30 | 147.00 | AGS |
| | Telephone conference with J. Jayswal re: computer upgrade and timing | 0.20 | 83.00 | JCD |
| | Telephone conference with J. Ortoleva re: computer upgrade and meeting with Atlas | 0.30 | 124.50 | JCD |
| | Telephone conference with L. Goldsmith re: retail system | 0.20 | 83.00 | JCD |
| | Telephone conference with L. Goldsmith re: computer upgrade | 0.20 | 83.00 | JCD |
| | Numerous telephone conferences with M. Tudor re: computer upgrade | 0.40 | 166.00 | JCD |
| | Telephone conference with S. DeRousse re: computer upgrade and cash collateral | 0.20 | 83.00 | JCD |
| | Telephone conference with J. Adams re: BP threat to shut off credit card service if replacement is not completed by Friday | 0.30 | 88.50 | BPW |
| | Conference with J. Dan re: BP threat to shut off credit card service at 5 gas station locations | 0.30 | 88.50 | BPW |
| | Review/compare price quotes received for upgrades to POS system and replacement of POS system | 0.20 | 59.00 | BPW |
| | Investigate whether replacement of POS system can be accomplished on 48 hour notice | 0.10 | 29.50 | BPW |
| | Telephone conference with M. Tudor re: issues involving POS system at gas stations | 0.10 | 29.50 | BPW |
| May-30-13 | Strategy conference with B. Welch re: updating credit card service issue | 0.20 | 98.00 | AGS |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: | | Page 18 | | February 4, 2014 | |
|---|---|---|---|---|---|
| | Telephone conference with Jamie at BP re: updating credit card service issue | 0.10 | 49.00 | AGS | |
| | Telephone conference with Mark Tudor and J. Dan re: updating credit card service issue | 0.20 | 98.00 | AGS | |
| | Telephone conference with A. Simon and M. Tudor re: computer upgrade | 0.20 | 83.00 | JCD | |
| | Telephone conference with L. Goldsmith and M. Tudor re: computer upgrade | 0.20 | 83.00 | JCD | |
| | Email to J. Ortoleva re: conference call with Atlas re: supply issues, POS system and sale of stations | 0.10 | 41.50 | JCD | |
| | Conference with A. Simon re: status of replacement of POS systems and timeframe for replacement | 0.20 | 59.00 | BPW | |
| May-31-13 | Telephone conferences with Jamie at BP re: credit card issue | 0.30 | 147.00 | AGS | |
| | Telephone conference with Jan at Axis Insurance re: payment and notices | 0.10 | 41.50 | JCD | |
| | Telephone conference with M. Tudor re: POS computer issues | 0.20 | 83.00 | JCD | |
| Jun-03-13 | Telephone conference with J. Zwit at BP re: computer POS system upgrade | 0.10 | 41.50 | JCD | |
| | Email to J. Zwit at BP re: computer POS system upgrade | 0.10 | 41.50 | JCD | |
| | Email to M. Tudor re: POS computer system upgrade | 0.10 | 41.50 | JCD | |
| | Email to M. Tudor re: purchase of POS system | 0.10 | 41.50 | JCD | |
| Jun-04-13 | Call to attorney for Atlas Oil re: credits, debits and $50,000 advance payment request | 0.30 | 148.50 | EC | |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:           Page   19          February 4, 2014

| | | | | |
|---|---|---|---|---|
| | Call Joe Kasica, attorney for ComEd re: line for car wash at Elk Grove.  Owns land and easement; we pay rent...past due | 0.40 | 198.00 | EC |
| | Correspondence with Terry Johnson re: current statement of account for easement payments at Orland Park station and fact that account is paid current through 2013 | 0.20 | 59.00 | BPW |
| | Correspondence with Jim Kirk re: $181.00 in arrears owing at Orland Park station | 0.20 | 59.00 | BPW |
| Jun-06-13 | Telephone conference with E. Crane, B. Welch, and representatives from Atlas re: computer POS upgrade and sale of stations | 0.40 | 166.00 | JCD |
| | Telephone conference with E. Crane, J. Dan, and representatives from Atlas re: computer POS upgrade and sale of stations | 0.40 | 118.00 | BPW |
| Jun-07-13 | Conference with E. Crane and M. Tudor re: cash collateral issues and retalix upgrade | 0.30 | 124.50 | JCD |
| | Email to R. Patel re: pay check | 0.20 | 83.00 | JCD |
| | Email to Shelly DeRousse re: cash collateral budget items | 0.20 | 83.00 | JCD |
| | Email to T. Culbertson re: safe passwords | 0.10 | 41.50 | JCD |
| Jun-11-13 | Received from payroll company tax information to review and analyze; forms executed and returned | 0.90 | 445.50 | EC |
| Jun-12-13 | Email to M. Tudor re: cash collateral orders and spending | 0.10 | 41.50 | JCD |
| Jun-17-13 | Review revisions to Motion to Assume requested by BP. | 0.20 | 59.00 | BPW |
| Jun-18-13 | Hearing re: status of Elk Grove, Oswego, Romeoville, Joliet and Orland Park | 0.90 | 445.50 | EC |

4) Trustee
work

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #                           Page    20                           February 4, 2014

| | | | | |
|---|---|---|---|---|
| | Called John Ortoleva, attorney for Atlas Oil re: Retalix installation | 0.30 | 148.50 | EC |
| | Preparation for Court re: status | 0.20 | 83.00 | JCD |
| | Court appearance re: status | 0.60 | 249.00 | JCD |
| | Email to L. Goldsmith re: monthly operating reports | 0.10 | 41.50 | JCD |
| Jun-19-13 | Meet with gas station manager to discuss rent checks at Orland Park Station | 0.10 | 29.50 | BPW |
| | Meet with gas station manager to discuss issues involved with fast food franchising at gas stations. | 0.30 | 88.50 | BPW |
| Jun-20-13 | Strategy conference with B. Welch re: lease agreements on Orland Park station | 0.20 | 98.00 | AGS |
| | Email to Shelly DeRousse re: US Trustee fees | 0.10 | 41.50 | JCD |
| | Prepare and dispatch letter curing arrearages of $145.00 for rent at Orland Park Property. | 0.30 | 88.50 | BPW |
| | Revise Motion to Assume Assignment of Lease to include language regarding release of Trustee from personal liability for environmental liabilities. | 0.20 | 59.00 | BPW |
| | Review Orland Park Assignment of Lease for provisions regarding the occupant's indemnification of BP for issues arising at property. | 0.30 | 88.50 | BPW |
| Jun-21-13 | Email to M. Tudor re: Coremark deposit | 0.10 | 41.50 | JCD |
| | Email to M. Tudor re: password for Elk Grove safe | 0.10 | 41.50 | JCD |
| Jun-24-13 | Edit/Revision of cash collateral order | 0.30 | 124.50 | JCD |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: | Page 21 | | | February 4, 2014 |
|---|---|---|---|---|
| | Email to Judge Barnes' chambers re: cash collateral order | 0.10 | 41.50 | JCD |
| Jun-26-13 | Call Joe Kincaid, attorney for ComEd re: payments for easement rental | 0.30 | 148.50 | EC |
| | Received CPA's monthly operating reports, reviewed, execute and file for five stations | 1.10 | 544.50 | EC |
| | Email correspondence with gas station manager regarding payment of July rent at Orland Park station. | 0.10 | 29.50 | BPW |
| | Email correspondence with J. Adams regarding clarification of undefined term "gross negligence" in language releasing Trustee from personal liability for indemnification obligations. | 0.20 | 59.00 | BPW |
| | Telephone conference with J. Adams regarding default letter received by BP from ComED regarding default on parking lot lease in connection with Joliet Station. | 0.30 | 88.50 | BPW |
| | Review documents sent by counsel for BP regarding lease at Joliet Station with ComED and default under lease alleged by ComED | 0.90 | 265.50 | BPW |
| Jun-27-13 | Review, execute, and file monthly operating report for 5 gas stations - May 2013 reports | 0.90 | 445.50 | EC |
| | Telephone conference with D. Steward re: sale of gas stations | 0.20 | 83.00 | JCD |
| | Email to D. Levy re: brokering sale of stations | 0.10 | 41.50 | JCD |
| | Discuss purported default under lease with ComED at Joliet property with Chapter 11 trustee and develop strategy for how to proceed with land owner and BP (lessee). | 0.50 | 147.50 | BPW |
| Jun-28-13 | Strategy conference with E. Crane re: Trustee's bond issue | 0.20 | 98.00 | AGS |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                     Page   22                     February 4, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | Strategy conference with E. Crane and B. Welch re: indemnification provision of assignment agreement with BP | 0.20 | 98.00 | AGS |
|  | Conference with A. Simon and E. Crane regarding indemnification issues and final draft of Motion to Assume. | 0.40 | 118.00 | BPW |
|  | Revise Motion to Assume Assignment of Lease so that the Debtor, Orland Park Petroleum, LLC appears as the assuming party, rather than the chapter 11 trustee. | 0.80 | 236.00 | BPW |
| Jul-01-13 | Telephone conference with Trustee regarding issuance of rent check at Orland Park station. | 0.30 | 88.50 | BPW |
|  | Telephone conference with J. Adams regarding issues with ComEd lease at Joliet Station and Final Draft of Motion to Assume. | 0.30 | 88.50 | BPW |
| Jul-02-13 | Email to K. Hunt re: broker for sale | 0.10 | 41.50 | JCD |
|  | Conference with A. Simon re: sale of gas stations and trustee bond | 0.20 | 83.00 | JCD |
|  | Email to L. Goldsmith re: cash collateral budget | 0.10 | 41.50 | JCD |
|  | Email to D. Levy re: sale of gas stations | 0.20 | 83.00 | JCD |
|  | Telephone conference with K. Hunt re: cash flow issues, sale issues and trustee bond | 0.30 | 124.50 | JCD |
| Jul-08-13 | Received and analyzed potential applications for, and brokers materials for sale of the gas stations, costs and legal requirements | 0.50 | 247.50 | EC |
|  | Conference with E. Crane re: strategy re: sale of gas stations | 0.20 | 83.00 | JCD |

*[handwritten note in left margin:]* 5) Time Error — reduced to AGS time above.

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice # | | Page   23 | | February 4, 2014 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Telephone conference with D. Levy and E. Crane re: employment as broker for sale of gas stations | 0.20 | 83.00 | JCD |
| | Conference with E. Crane re: amounts in bank accounts and withdrawals taken by fuel suppliers directly from operating account | 0.20 | 59.00 | BPW |
| | Review all documents in file relating to relationship among gas station debtors and fuel suppliers and investigate where authority for fuel suppliers to withdraw funds originates | 1.30 | 383.50 | BPW |
| | Review docket in analogous gas station bankruptcies filed in the N.D. of Illinois to determine how fuel supply agreements with Atlas, Parent, or other suppliers have been used by gas station debtors. | 0.80 | 236.00 | BPW |
| Jul-09-13 | Call to Phil Martino, Trustee in RWJ case re: getting manager, suit vs. BP and Atlas and marketing the stations | 0.40 | 198.00 | EC |
| | Email to D. Levy re: information re: stations for proposed sale | 0.40 | 166.00 | JCD |
| | Email to S. DeRousse re: property appraisals and trustee bond | 0.10 | 41.50 | JCD |
| | Research gas station property managers/real estate brokers in the relevant geographical areas | 0.40 | 118.00 | BPW |
| Jul-10-13 | Email to S. DeRousse re: appraisals | 0.10 | 41.50 | JCD |
| | Email to M. Tudor re: gallon usage | 0.10 | 41.50 | JCD |
| | Telephone conference with K. Hunt re: broker engagement and appraisals | 0.20 | 83.00 | JCD |
| | Email to D. Levy re: bank liens | 0.10 | 41.50 | JCD |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                      Page   24                      February 4, 2014

|          |                                                                                          |      |        |     |
|----------|------------------------------------------------------------------------------------------|------|--------|-----|
|          | Conference with E. Crane re: issues involving retention of real estate broker and background of new broker | 0.30 | 88.50  | BPW |
| Jul-11-13 | Conference with J. Dan re: sale of stations                                             | 0.20 | 99.00  | EC  |
|          | Telephone  conference with David Levy and J. Dan re: employment as broker and strategy for sale | 0.30 | 148.50 | EC  |
|          | Conference with E. Crane re: sale of stations                                            | 0.20 | 83.00  | JCD |
|          | Telephone conference with David Levy and E. Crane re: employment as broker and strategy for sale | 0.30 | 124.50 | JCD |
| Jul-12-13 | Email to D. Levy re: engagement agreement as broker                                     | 0.10 | 41.50  | JCD |
|          | Conference with station manager, accountant, and trustee to discuss operations and potential sale of stations | 1.50 | 442.50 | BPW |
|          | Telephone conference with lender's counsel re: operations and potential sale of stations | 0.30 | 88.50  | BPW |
|          | Conference with accountant re: continuing operations and potential sale of gas stations | 0.20 | 59.00  | BPW |
| Jul-15-13 | Strategy conference with E. Crane re: lack of funds issues                              | 0.30 | 147.00 | AGS |
|          | Telephone conference with E. Crane, J. Dan and Shelley DeRousse re: Elk Grove Village fund shortfall and sale issues | 0.30 | 147.00 | AGS |
|          | Received and analyzed reviewed bid to sell all stations                                 | 0.90 | 445.50 | EC  |
|          | Received notice of injury at Romeoville station and prepare report to insurance carrier | 0.30 | 148.50 | EC  |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: | | Page   25 | | | February 4, 2014 |
|---|---|---|---|---|---|
| | Review of correspondence from M. Tudor re: slip and fall accident | 0.10 | 41.50 | JCD | |
| | Review of Broker's proposal | 0.40 | 166.00 | JCD | |
| Jul-16-13 | Conference with B. Welch re: broker employment | 0.20 | 83.00 | JCD | |
| | Email to D. Levy re: proposal to be employed as broker | 0.10 | 41.50 | JCD | |
| | Review Motion to Assume and all relevant documents in preparation for court appearance on the same | 0.30 | 88.50 | BPW | |
| | Court appearance on Motion to Assume Orland Park Assignment of Lease | 1.10 | 324.50 | BPW | |
| | Conference with gas station manager re: ongoing operations of Elk Grove station and need for additional funds immediately | 0.20 | 59.00 | BPW | |
| | Telephone conference with attorney for bank re: cash flow at Elk Grove station and prospective sale of stations | 0.20 | 59.00 | BPW | |
| | Review real estate brokerage proposals from various sources | 0.30 | 88.50 | BPW | |
| | Telephone conference with J. Adams re: hearing on Assumption of Orland Park Assignment of Lease | 0.10 | 29.50 | BPW | |
| | Telephone correspondence with insurance agent re: potential claim for slip and fall case at Romeoville station | 0.20 | 59.00 | BPW | |
| Jul-17-13 | Telephone correspondence with insurance agent re: possible claim by Loretta Riley | 0.10 | 29.50 | BPW | |
| | Telephone correspondence with adjuster from Travelers Insurance re: possible claim by Loretta Riley | 0.10 | 29.50 | BPW | |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #                          Page   26                          February 4, 2014

| | | | | |
|---|---|---|---|---|
| | Conference with gas station manager to investigate facts re: Loretta Riley slip and fall | 0.10 | 29.50 | BPW |
| Jul-18-13 | Telephone conference with S. DeRousse and B. Welch re: employment of broker issues and loan from Joliet to Elk Grove | 0.30 | 124.50 | JCD |
| | Telephone conference with S. DeRousse re: strategy for sale, potential buyers, and proposed brokerage agreement | 0.30 | 88.50 | BPW |
| | Telephone conference with R. Razowsky re: observations at gas station sites, long-term and short-term strategies at the stations, and the business of gas station operation | 0.30 | 88.50 | BPW |
| Jul-19-13 | Teleconference with Mr. R. Rakowski. He can make a bid to manage stations, but needs at least one year contract of management | 0.40 | 198.00 | EC |
| | Telephone conference with E. Crane and J. Ortoleva re: stalking horse bid | 0.20 | 83.00 | JCD |
| | E-mail to Axis insurance setting forth additional facts re: slip and fall claim by Loretta Riley | 0.20 | 59.00 | BPW |
| Jul-22-13 | Email to M. Tudor re: cash collateral budget | 0.10 | 41.50 | JCD |
| Jul-23-13 | Call from R. Stelle, attorney who has a client who wants to buy; discuss term letter | 0.40 | 198.00 | EC |
| | Review LOI for purchase of gas stations submitted by first potential purchaser | 0.20 | 59.00 | BPW |
| Jul-24-13 | Conference with S. DeRousse re: stalking horse bids | 0.20 | 83.00 | JCD |
| | Telephone conference with J. Ortoleva re: offer to purchase stations | 0.10 | 41.50 | JCD |
| | Email to J. Ortoleva re: offer to purchase | 0.10 | 41.50 | JCD |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice #: | | Page   27 | | | February 4, 2014 |
|---|---|---|---|---|---|
| | Email to D. Levy re: auction of stations | 0.10 | 41.50 | JCD | |
| | Review security camera footage from Romeoville station showing Loretta Riley slip and fall | 0.10 | 29.50 | BPW | |
| | Correspondence with insurance adjuster re: footage of Loretta Riley slip and fall | 0.40 | 118.00 | BPW | |
| Jul-25-13 | Assemble documents to be provided in package to potential buyer re: properties and cash flows at various stations in recent months | 0.50 | 147.50 | BPW | |
| | Correspondence with insurance company re: L. Riley slip and fall | 0.10 | 29.50 | BPW | |
| Jul-26-13 | Email to S. DeRousse re: stalking horse proposal from broker | 0.10 | 41.50 | JCD | |
| Jul-29-13 | Email to S. DeRousse re: stalking horse bids | 0.10 | 41.50 | JCD | |
| | Telephone conference with D. Levy re: employment as broker | 0.10 | 41.50 | JCD | |
| | Conference with E. Crane to discuss Joliet parking lease and timeframe for reaching a resolution with landlord, ComEd | 0.10 | 29.50 | BPW | |
| | Telephonic correspondence with counsel for ComEd, landlord under parking lease at Joliet Station, regarding curing arrearages owed for use of parking space at Joliet Station | 0.20 | 59.00 | BPW | |
| | Review bank accounts and recent withdrawals by fuel suppliers of four Debtors | 0.20 | 59.00 | BPW | |
| Jul-30-13 | Email to J. Ortoleva re: offer from Atlas | 0.10 | 41.50 | JCD | |
| | Email to S. DeRousse re: cash collateral | 0.10 | 41.50 | JCD | |
| Jul-31-13 | Strategy conference with E. Crane re: new manager issue | 0.30 | 147.00 | AGS | |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #: Sample                    Page   28                    February 4, 2014

| | | | | |
|---|---|---|---|---|
| | Call from R. Stelle re: Nick Gianeris potential manager/buyer of stations; conference call with both parties; discussed required terms, costs, guarantees | 0.40 | 198.00 | EC |
| | Telephone conference with S. DeRousse re: cash collateral and hiring broker | 0.20 | 83.00 | JCD |
| | Preparation for Court re: cash collateral | 0.20 | 83.00 | JCD |
| | Court appearance re: cash collateral | 1.00 | 415.00 | JCD |
| | Drafting of cash collateral order | 0.40 | 166.00 | JCD |
| | Telephone conference with S. DeRousse re: broker for sale | 0.20 | 83.00 | JCD |
| | Conference with E. Gladstone, D. Levy, E. Crane and B. Welch re: sale of stations and serving as broker | 1.00 | 415.00 | JCD |
| | Meet with NRC Capital to discuss potential retention as real estate broker for gas stations, experience in the area, and strategies for selling our stations | 1.00 | 295.00 | BPW |
| Aug-01-13 | Called Joe Kincaid re: ComEd claim for rent at Joliet | 0.30 | 148.50 | EC |
| | Conference with M. Tudor re: operations of various gas station sites and potential contract with new vendor for retail goods to be sold in stations | 0.40 | 118.00 | BPW |
| Aug-02-13 | Review of Kuraco purchase proposal | 0.20 | 98.00 | AGS |
| | Strategy conference with E. Crane re: Kuraco purchase proposal | 0.10 | 49.00 | AGS |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice # | | Page   29 | | | February 4, 2014 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | Call from Roger Stelle re: N. Granekis, offer of 4.6 million, now 4.8 after 6 days diligence. Review and analyze offer | | 0.80 | 396.00 | EC |
| | Edit/Revision of Order Employing Accountant | | 0.20 | 83.00 | JCD |
| | Email to Judge Barnes and all counsel re: order employing accountant | | 0.10 | 41.50 | JCD |
| | Email to S. DeRousse re: broker's fee | | 0.10 | 41.50 | JCD |
| Aug-06-13 | Telephone conference with S. DeRousse re: sale of stations and cash collateral | | 0.40 | 166.00 | JCD |
| | Edit/Revision of cash collateral order and budgets | | 0.20 | 83.00 | JCD |
| | Email to Judge Barnes and counsel re: cash collateral order | | 0.10 | 41.50 | JCD |
| | Review draft notices from parent petroleum | | 0.10 | 29.50 | BPW |
| | Correspondence with accountant re: administrative hearing on IDOR action | | 0.10 | 29.50 | BPW |
| Aug-07-13 | Called Faith Dolgin attorney for Attorney General re: status hearing | | 0.30 | 148.50 | EC |
| | Email to S. DeRousse re: meeting with broker | | 0.10 | 41.50 | JCD |
| | Correspondence with accountant re: IDOR hearing scheduled for August 8, 2013 | | 0.10 | 29.50 | BPW |
| | Review documents for IDOR hearing scheduled for August 8, 2013 | | 0.20 | 59.00 | BPW |
| Aug-08-13 | Conference with bank and NRC, E. Crane and B. Welch re: sale strategy | | 1.70 | 705.50 | JCD |
| | Meeting with counsel for United Central Bank, Representative of United Central Bank, | | 1.70 | 501.50 | BPW |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

| Invoice # | | Page   30 | | February 4, 2014 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | potential real estate broker, and trustee to discuss sale strategy, retention, and value of gas station properties | | | |
| | Telephone conference with M. Covney at the Illinois Department of Revenue re: administrative hearing on tax protest scheduled for today, and manner of resolving $28,000 over-payment in sales tax | 0.20 | 59.00 | BPW |
| | Telephone conference with L. Goldsmith re: administrative hearing on tax protest scheduled for today, and manner of resolving $28,000 over-payment in sales tax | 0.20 | 59.00 | BPW |
| Aug-09-13 | Draft Application To Employ NRC Real Estate Advisors as broker. | 0.60 | 177.00 | BPW |
| Aug-12-13 | Review various credit memos sent by Atlas Oil and resolve the same against Bank statement. | 0.40 | 118.00 | BPW |
| | Draft Affidavit of Evan Gladstone in support of Application to Employ NRC Real Estate Advisors. | 0.70 | 206.50 | BPW |
| | Correspondence with proposed real estate broker regarding time frame form finalizing employment and beginning sale process. | 0.20 | 59.00 | BPW |
| | Review draft contract with NRC Realty Advisors regarding the sale of the gas stations. | 0.60 | 177.00 | BPW |
| | Draft Application to Employ NRC Real Estate Advisors. | 1.80 | 531.00 | BPW |
| Aug-13-13 | Edit/Revision of Motion to Employ broker | 0.30 | 124.50 | JCD |
| | Email to D. Levy re: sale procedure motion | 0.10 | 41.50 | JCD |
| | Review proposed sale procedures drafted by NRC Realty Advisors. | 0.30 | 88.50 | BPW |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #:                        Page   31                        February 4, 2014

| | | | | |
|---|---|---|---|---|
| | Correspondence with proposed Real Estate Broker regarding procedures to be employed in marketing/selling properties. | 0.20 | 59.00 | BPW |
| | Review credit memos, invoices, and draft memos sent by Parent Petroleum and Atlas Oil. | 0.30 | 88.50 | BPW |
| Aug-14-13 | Review of listing agreement with NRC | 0.40 | 166.00 | JCD |
| | Conference with B. Welch re: NRC Agreement and redacting information | 0.20 | 83.00 | JCD |
| | Drafting of sale procedure motion | 2.30 | 954.50 | JCD |
| | Review credit memos and invoices from fuel suppliers and resolve monies expected to be paid to fuel suppliers against amounts in bank for each gas station. | 0.40 | 118.00 | BPW |
| | Draft Application to Employ NRC Realty Advisors as Broker for Sale of gas stations. | 0.90 | 265.50 | BPW |
| Aug-15-13 | Review and revision of draft motion to sell | 0.40 | 196.00 | AGS |
| | Strategy conference with J. Dan re: draft motion to sell | 0.30 | 147.00 | AGS |
| | Review and correct Motion for Approval of Sale Procedures and sale of gas stations | 0.80 | 396.00 | EC |
| | Email to D. Levy re: lien searches | 0.10 | 41.50 | JCD |
| | Email to E. Gladstone re: title company | 0.10 | 41.50 | JCD |
| | Edit/Revision of sale procedure motion | 1.00 | 415.00 | JCD |
| Aug-16-13 | Conference with B. Welch re: BP restrictions language for sale of gas stations | 0.20 | 83.00 | JCD |

*CRANE, HEYMAN, SIMON, WELCH & CLAR*

Invoice #                          Page   32                          February 4, 2014

|  |  |  |  |  |
|---|---|---|---|---|
|  | Email to Sam Steiner re: bid procedures language | 0.10 | 41.50 | JCD |
|  | Edit/Revision of sale procedure motion | 0.40 | 166.00 | JCD |
|  | Numerous e-mails to D. Levy and E. Gladstone re: sale procedures | 0.30 | 124.50 | JCD |
| Aug-19-13 | Telephone conference with J. Adams and B. Welch re: language for order/contract re: BP restriction | 0.20 | 83.00 | JCD |
|  | Conference with B. Welch re: motion to employ broker | 0.30 | 124.50 | JCD |
|  | Review amounts in bank for all debtors and draft memos received over the weekend to ensure that all stations are operating with cash in bank | 0.10 | 29.50 | BPW |
|  | Correspondence with proposed broker re: role in Desai State Court action against BP and others and amendment to affidavit to disclose role in suit as a part | 0.10 | 29.50 | BPW |
|  | Review procedural history of State Court litigation involving Desai, BP, and NRC in order to determine the disclosure required in the amended affidavit of Evan Gladstone | 1.20 | 354.00 | BPW |
|  | Telephone conference with counsel for BP and J. Dan re: BP's request that language re: BP restrictive covenants be added to sale procedures motion | 0.20 | 59.00 | BPW |
|  | Telephone conference with counsel for NRC and BP in State Court litigation with Desai re: ultimate resolution of case and indemnification of NRC for fees and costs by BP | 0.20 | 59.00 | BPW |
|  | Telephone conference with station manager re: deposits in Oswego account | 0.10 | 29.50 | BPW |