IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Elk Grove Village Petroleum, LLC, *et al.* | ) | Case No. 12-49658 |
| | ) | Jointly Administered |
| Debtor. | ) | **Honorable Timothy A. Barnes** |
| | ) | Bankruptcy Judge |
| | ) | Hearing Date: January 28, 2015 |
| | ) | Time: 10:00 a.m. |
| | ) | Courtroom 613 |

## NOTICE OF MOTION

To: See attached service list

PLEASE TAKE NOTICE that on the 28th day of January, 2015, at the hour of 10:00 a.m., we shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in Courtroom 613 usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois or before any other judge who may be sitting in his place and stead, and shall then and there present the Third and Final Application of Larry G. Goldsmith and CJBS, LLC for Allowance of Compensation and Reimbursement of Costs and Expenses Incurred By Accountants for the Trustee of Oswego Petroleum, LLC, a copy of which is attached hereto and herewith served upon you.

_____
Larry G. Goldsmith, CPA, JD
CJBS, LLC

Larry G. Goldsmith, CPA, JD
CJBS, LLC
2100 Sanders Road, Suite 200
Northbrook, IL 60062-6141
847-945-2888 (Fax: 847-945-9512)

## CERTIFICATE OF SERVICE

I, Larry G. Goldsmith, an attorney and certified public accountant, hereby certify that I served the foregoing Notice of Motion and the document referred to herein upon the parties listed on the attached Service List by causing copies thereof to served electronically to them, on the 6th day of January, 2015, before the hour of 5:00 p.m.

_____
Larry G. Goldsmith, CPA, JD

**SERVICE LIST**
Served electronically

Timothy C. Culbertson
Law Offices of Timothy C. Culbertson
1107 Lincoln Avenue
Fox River Grove, IL 60021

Patrick S. Layng
Kimberly Bacher
Office of the U.S. Trustee, Region 11
219 S. Dearborn Room 873
Chicago, IL 60604

Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Drive, Ste. 3000
Chicago, Illinois 60606-6677

Kevin V. Hunt
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603

David J. Letvin
Letvin & Stein
541 N. Fairbanks Court, Suite 2121
Chicago, IL 60611

Jim Newbold
Faith A. Dolgin
Robert Lynch
Asst. Atty. Genl Revenue Litigation Bureau
100 W. Randolph Street, 13th Floor
Chicago, IL 60601

Lars A. Peterson
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313

James Stevens
Mark Conzelmann
Tressler LLP
233 S. Wacker Drive, Suite 2200
Chicago, IL 60606

Mark Page
Kelley Drye & Warren LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL 60606

Joseph P. Kincaid
Amy Knapp
Swanson Martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Eugene Crane
Jeffrey C. Dan
Brian P. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ELK GROVE VILLAGE PETROLEUM LLC, *et al.* | ) ) | Case No. 12 49658 |
| Debtor. | ) ) | **Honorable Timothy A. Barnes** |
| | ) | Bankruptcy Judge |
| | ) | Hearing Date: January 28, 2015 |
| | ) | Time:10:00 a.m. |
| | ) | Courtroom 613 |

### THIRD AND FINAL APPLICATION OF LARRY G. GOLDSMITH AND CJBS, LLC FOR ALLOWANCE OF COMPENSATION BY ACCOUNTANTS FOR THE TRUSTEE

NOW COMES Larry G. Goldsmith and CJBS, LLC (collectively "CJBS") and requests that this Court enters an Order allowing final compensation for services rendered, and in support thereof states as follows:

1. On May 1, 2013, Mr. Eugene Crane, the Chapter 11 Trustee was authorized to employ Larry G. Goldsmith and CJBS, LLC (collectively "CJBS") to assist the Trustee with preparing and filing the necessary federal and state income tax returns, payroll tax returns, sales tax returns, establish financial books and records, and assist in financial aspects of the debtor's operating business.

2. At the time of accountant's appointment neither the Trustee nor the Trustee's accountant had been provided access to the financial books and records of the debtor. The accountant discovered unexpected problems and issues that are further detailed in the attached narrative. (Exhibit D).

3. On or about February 26, 2014 the Court ordered payment of Professional Fees to CJBS in the amount of $17,085.50.

4. October 21, 2014 the court granted CJBS $4,445.06 of compensation for the period ended August 6, 2014.

5. In preparing this Application, CJBS has endeavored to comply with local Bankruptcy Rule 607 and the guidelines set forth in In re Continental Illinois Securities Litigation,

572 F. Supp. 931 (N.C. Ill. 1983), In re Convent Guardian Corp., 103 B.R. 937 (Bankr. N.D. Ill. 1989) and In re Adventist Living Centers, Inc., 137 B.R. 692 (Bankr. N.D. Ill. 1991). In compliance therewith, CJBS has presented the services rendered by category of activities, identifying the activities within the category chronologically; Schedule B, naming each person who performed the activity, with the number of hours spent by such person, and a description of the work performed, Schedule C. The date of services performed are attached as Schedule A to this Application, together with an explanation of each category.

6.   In rendering the above-described services, CJBS has expended a total of 7.15 hours. The Overall Billing Narrative attached as Exhibit D hereto sets forth the hourly rates in effect for each partner and staff member during the period covered by this Application.

7.   CJBS asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent and value of such services. CJBS further asserts that the cost of services rendered for and on behalf of the Estate is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

WHEREFORE, CJBS prays for the entry of an order allowing CJBS fees for professional services rendered during the Application Period August 6, 2014 – December 31, 2014 in the amount of $2,122.00 and expenses having been incurred herein on behalf of the Estate in the amount of $6.69. Therefore we pray that the Court directs the Debtor, Oswego Petroleum, LLC, to remit to Larry G. Goldsmith and CJBS, LLC the sum of $2,128.69 and granting such other and further relief as is just.

CJBS, LLC

_____
Larry G. Goldsmith, JD, CPA

Larry G. Goldsmith, JD, CPA
CJBS, LLC
2100 Sanders Road, Suite 200
Northbrook, IL 60062-6141
847-945-2888 (Fax: 847-945-9512)